And, Your Honor, may it please the Court, my name's Elton O'Connor, and I understand that you believe in John Larry O'Connell. Um, I believe that his case occurred in the March 17th of this year, in which his request was made here. Um, he responded to a specific interview, and it was done in September 1932, and this is Section 920A, to provide an inspectorate of jurisdiction to issue an investigation based on John Larry's condition as opposed to a factual exception. And, Your Honor, this is an interview from June 22nd, and Your Honor, this interview is, uh, um, umm, um, umm, um, um, um, um, um, um, umm, um,  um, um, umm,  umm, umm, umm, um, um, umm, umm, um, umm, umm, umm, umm, umm, umm, umm,
judges: Kleinfeld, M. Smith, Korman